# UNITED STATES DISTRICT COURT
## District of Minnesota

Ruben Leonel Bonilla Pineda,

Petitioner,

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Warden, Executive Office for Immigration Review,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-869 (JMG/EMB)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.
2. The government shall, if necessary, immediately return the petitioner to the District of Minnesota.
3. When the petitioner is in Minnesota, the government shall immediately release him from custody.
4. No later than **February 2, 2026**, the government shall file a status report certifying compliance with this Order.

Date: 2/1/2026

KATE M. FOGARTY, CLERK